# OPINIONS OF THE COURT

## TINGLEY DRILLING COMPANY

*v.*

## STATE OF ILLINOIS.

*Opinion filed September 17, 1916.*

1. LICENSE FEE—*no refund of, when.* Where a license fee to incorporate under the laws of this State is paid to the Secretary of State and the license issued, no refund of such fee will be made even though no further steps to incorporate be taken.

2. SAME—*retention by State.* The retention of a license fee by the Secretary of State is in no way conditional upon the commissioners taking further steps.

Q. D. Bailey, for Claimant.

P. J. Lucey, Attorney General, for State.

The statement of claims sets forth that W. G. Tingley, A. D. Bartholomew, W. S. Thompson, Q. D. Bailey and D. B. Carrithers, as commissioners, applied to the Secretary of State for a license to open books and accept subscriptions to the capital stock of a corporation to be known as The Tingley Drilling Company; that the commissioners paid to the Secretary of State a fee of fifty dollars, and that a license was issued to said commissioners, but that no subscriptions were received to said stock.

This claim must be rejected for the reason set forth in the case of *William McKinley, R. W. Hood, and J. R. Ebersole v. State of Illinois,* Vol. 2, Ct. of Cl. Rep. p. 125; the facts being identical with those considered therein.